# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| TRAVIS TIDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00150 |
| ) | Judge Aleta A. Trauger |
| RYAN UPCHURCH, professionally known ) | |
| as UPCHURCH, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT RYAN UPCHURCH'S MOTION TO AMEND
## ANSWER TO COMPLAINT TO ADD COUNTER-COMPLAINT

Comes now Defendant Ryan Upchurch, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 15(a)(2), and respectfully moves this Court for an Order allowing Mr. Upchurch to amend his Answer to the Complaint (Doc. No. 13) to add the counterclaims contained in the Amended Answer and Counter-Complaint attached hereto as Exhibit A. In support of this Motion, Mr. Upchurch would show that:

1. This Court entered an Initial Case Management Order (Doc. No. 20) setting the deadline for all Motions to Amend on or before January 31, 2023.

2. The attached Counterclaims are compulsory pursuant to Federal Rules of Civil Procedure 13(a)(1)(A).

3. Undersigned counsel has conferred with opposing counsel who states that Mr. Tidwell has no position on this Motion.

For the above reasons, Mr. Upchurch respectfully moves this Court for an Order allowing him to amend his Answer to add the counterclaims contained in the Amended Answer and Counter-Complaint attached hereto as Exhibit A.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

By: /s/ Cynthia A. Sherwood
Cynthia A. Sherwood, 020911
Austin M. Correll, 039561
414 Union Street
Suite 1110
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Ryan Upchurch*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system to:

Lauren E. Kilgore, Esq.
Jacob T. Clabo, Esq.
Shackelford Bowen McKinley Norton, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
lkilgore@shackelford.law
jclabo@shackelford.law
*Counsel for Plaintiff Travis Tidwell*

on this the 31st day of January 2023.

/s/ Cynthia A. Sherwood