IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAVIS TIDWELL,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN UPCHURCH, professional known as UPCHURCH,<br><br>    Defendant. | Civil No. 3:22-cv-150<br>Judge Trauger |

## **O R D E R**

It is hereby ORDERED that a case management conference shall be held on Monday, March 11, 2024 at 2:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge